```
            IN THE UNITED STATES DISTRICT COURT
           FOR THE WESTERN DISTRICT OF TENNESSEE
                       WESTERN DIVISION
```

```
EQUAL EMPLOYMENT OPPORTUNITY    )
COMMISSION,                     )
                                )
     Plaintiff,                 )
                                )
vs.                             )    No. 2:07-cv-02621-JPM-tmp
                                )
786 SOUTH LLC, and              )
TRIPOLI II, INC.,               )
                                )
     Defendants.                )
```

### NOTICE OF DETERMINATION OF ORDER OF PROOF PURSUANT TO FEDERAL RULE OF EVIDENCE 611

Based on the April 14, 2010 pretrial conference and the arguments of the Parties, the Court finds that the question of whether Tripoli II may be held liable as a successor is an equitable determination to be made by the Court. See also Cobb v. Contract Transp., Inc., 452 F.3d 543, 553-54 (6th Cir. 2006). Pursuant to Federal Rule of Evidence 611, the Court hereby determines that the successor liability issue will be tried to the Court, sitting in equity, beginning on April 26, 2010. The jury trial of the underlying Title VII claims is hereby continued until further order of the Court. See EEOC v. Nichols Gas & Oil, Inc., --- F. Supp. 2d ----, 2010 WL 175158 (W.D.N.Y. 2010) (determining prior to Title VII trial whether successor may be liable for damages in the event that damages are awarded

at trial); <u>Kennedy v. City of Zanesville</u>, 505 F. Supp. 2d 456, 478-83 (S.D. Ohio 2007) (determining in advance of jury trial whether successor may be liable in the event that jury finds for plaintiffs on substantive discrimination claims).  The Parties are excused from filing a proposed jury questionnaire pursuant to the Court's April 14, 2010 order.

    IT IS SO ORDERED this 15th day of April, 2010.

                        /s/ Jon P. McCalla_____
                        JON P. McCALLA
                        CHIEF U.S. DISTRICT JUDGE